**Irma Jean PEREZ, Plaintiff–Appellant,**

v.

**Wayne A. SIMMONS; James Nalls; Thomas Miller; Marks Meske; and City of Santa Barbara, Defendants–Appellees.**

**No. 86–6663.**

United States Court of Appeals, Ninth Circuit.

April 18, 1990.

Before HUG, ALARCON, and KOZINSKI, Circuit Judges.

ORDER

Following a petition for rehearing filed by the Government, the opinion in this case, filed August 31, 1989, *Perez v. Simmons*, 884 F.2d 1136 (9th Cir.1989), is amended as follows:

Page 1140, first paragraph in second column. The last sentence should be modified to read:

"However, if the officers did not have reasonable grounds for believing that Albert resided in the apartment, the search was illegal under *Steagald*."

Page 1142, first paragraph in first column. The second sentence in the first full paragraph should be changed to read:

"Unless a jury finds that the officers had reasonable grounds for believing that Albert was a co-resident of the apartment, and for believing that Albert was in the apartment at the time, *see Payton*, 445 U.S. at 603 100 S.Ct. at 1388, the search was in violation of Irma Perez's constitutional rights."